**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
8/15/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: RYO DEPUTY

In re:

Leslie Klein

Debtor(s)

CASE NO.: 2:23-bk-10990-NB
ADVERSARY NO.:
BAP/USDC NO.: 2:25-cv-07084-MWC
NOTICE OF APPEAL FILED: 07/30/2025
APPEAL DOCKET ENTRY NO.: 1186

vs.

Plaintiff(s)

Defendant(s)

**APPEAL DEFICIENCY NOTICE TO:**

☐ **BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT**

☒ **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

The following documents and/or filing fee, as indicated below, were not filed on the above-captioned appeal as required by FRBP 8003 and 8009.

☒ Statement of Issues
☒ Designation of Record
☒ Notice of Transcript
☐ Transcript(s)
☒ Filing Fee for Notice of Appeal
☐ Other (*specify*):

Kathleen J. Campbell
Clerk of Court

Date: 08/14/2025    By: /s/ Sonny Milano
                         Deputy Clerk