UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV25-07084-MWC | Date | September 17, 2025 |
|---|---|---|---|
| Title | In Re Leslie Klein | | |

| Present: The Honorable | MICHELLE WILLIAMS COURT, U.S. District Judge |
|---|---|

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING CASE JS-6**

 An Order to Show Cause re Dismissal for Lack of Prosecution was issued by the Court on **August 21, 2025,** ordering Appellants to either: (i) respond in writing no later than **August 28, 2025,** as to why the matter should not be dismissed for lack of prosecution. No response has been provided by Appellants. Therefore, the Court dismisses the matter for lack of prosecution and failure to follow the Court's Orders.